# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUCAS GUZMAN HERNANDEZ,** | : |
| | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION** |
| v. | : |
| | : |
| | : |
| **NANCY A. BERRYHILL,**[1] **Acting** | : **NO. 16-5721** |
| **Commissioner of the Social Security** | : |
| **Administration,** | : |
| | : |
| **Defendant.** | |

## ORDER

**AND NOW**, this 14th day of August, 2017, upon careful and independent consideration of the plaintiff's request for review, the defendant's response, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.[2]

2. The plaintiff's request for review is **DENIED**.

3. Judgment is entered in favor of the defendant.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] I note that the plaintiff did not file objections to the Report and Recommendation.